(80 South. 893)

ATLANTA, B. & A. RY. CO. et al. v. PICKENS. (6 Div. 835.) (Supreme Court of Alabama. Nov. 18, 1918.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Action between the Atlanta, Birmingham & Atlantic Railway Company and others and Edgar

Pickens. The former appeal. Reversed and remanded by agreement.

PER CURIAM. Reversed and remanded by agreement.